**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

CASE NO. 13-cr-00313-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1.  ELMER FRANCISCO PINEDA,**

Defendant.

---

## ORDER OF RECUSAL

---

This matter is before the Court *sua sponte*.

Section 455(a) of Title 28 of the United States Code states that "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias.  *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995).  "The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality."  *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

The defendant in this case is represented by Warren R. Williamson from the Office of the Federal Public Defender ("Office"), where I was the Federal Public Defender ("FPD") prior to my confirmation as a U.S. District Judge for the District of Colorado.  While I was the FPD, Mr. Williamson was my First Assistant FPD and, by virtue of that position, we had a close working

relationship and were together involved in decision making for that Office. Accordingly, prior to my confirmation, a mutual decision was made that, if confirmed, Mr. Williamson would not appear before me as a reasonable person would harbor doubts about my impartiality as to Mr. Williamson. As a result, recusal is required by 28 U.S.C. § 455(a), and I hereby recuse myself from this case. It is therefore

ORDERED that the Judge's file be returned to the Clerk's office for the case to be reassigned by random draw.

DATED this 15th day of October, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge